# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| ERIC RAEDEKE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:16-CV-60 NAB |
| MELISSA MASSMAN, | ) ) ) |
| Defendant, | ) |

## MEMORANDUM AND ORDER

Plaintiff, a prisoner, moves for leave to proceed in forma pauperis in this civil action under 42 U.S.C. § 1983. Under 28 U.S.C. § 1915(b), plaintiff is required to submit a certified copy of her prison trust account statement for the six-month period before the filing of the complaint. She has not done so.

Accordingly,

**IT IS HEREBY ORDERED** that, within thirty (30) days from the date of this Order, plaintiff must submit a copy of her prison trust account statement for the six-month period before the filing of the complaint.

Dated this 21st day of September, 2016.

    /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE